# United States District Court
for the
Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: Edward Freeman                Case Number: CR-1-01-001

Name of Sentencing Judicial Officer: S. Arthur Spiegel, Senior United States District Judge

Date of Original Sentence: April 10, 2001

Original Offense: Bank Fraud

Original Sentence: 18 months imprisonment, 5 year term of supervised release, $82,170.00 in restitution, and a $100 special assessment

Type of Supervision: Supervised Release        Date Supervision Commenced: October 18, 2002

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 15, 2003, Freeman executed a payment agreement plan whereby he agreed to pay $150 a month toward his restitution obligation. Freeman has only made four payments toward his restitution during 2004 placing his case in default status. Per our Financial Investigation Procedures (Monograph 114), we are required to apprize the Court when an offender is in default status with his restitution obligation. |
|   | The Probation Department will continue to supervise Freeman and enforce his Court-ordered sanctions with the recommendation that no action be taken by the Court at this time. If Your Honor wishes other action be taken in this matter, please advise. |

U.S. Probation Officer Action: Freeman was reminded of the importance of maintaining regular restitution payments. was advised that if he failed to maintain compliance with his restitution agreement, he may be subject to harsh repercussions.

Respectfully submitted by,

Mark R. Grawe
U.S. Probation Officer
Date: 11/29/04

---

[✓]  Approved
[✓]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

Date: