PROB 12B
(7/93)

# United States District Court

### for the

### Southern District of Ohio
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edward A. Freeman                                 Case Number: Cr-1-01-001

Name of Sentencing Judicial Officer: Honorable S. Arthur Spiegel

Date of Original Sentence: April 10, 2001

Original Offense: Bank Fraud

Original Sentence: 18 months imprisonment, 5 year term of supervised release, $82,170 in restitution

Type of Supervision: supervised release            Date Supervision Commenced: 10/18/02

## PETITIONING THE COURT

[ ]   To extend the term of supervision
[X]   To modify the conditions of supervision as follows:

Mandatory attendance in a 4-hour theft class. Class will be paid for by Mr. Freeman.

### CAUSE

On December 28, 2004, Mr. Freeman pled guilty in Kenton County District Court to the charge of Improper Registration Plate. On December 27, 2004, Mr. Freeman stole a license plate from a separate vehicle and placed it on his own vehicle. He advised the arresting officer that he did so because he could not afford to pay the tax on his own vehicle. The probation office discovered this incident via a January 12, 2005 record check.

Respectfully submitted,

by  *[signature]*

Anthony C. Josselyn
U.S. Probation Officer
Date: 2/28/05

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
Signature of Judicial Officer

Date 3/14/05

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF OHIO

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mandatory attendance in a four hour theft class, to be paid by Mr. Freeman.

Witness: _Anthony C. Jones_          Signed: _Edward Freeman_
U.S. Probation Officer                         Probationer or Supervised Releasee

_2/28/05_
DATE