# United States District Court
## for the
## Eastern District of Kentucky

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Edward Freeman  Case Number: CR-1-01-001

Name of Sentencing Judicial Officer:   Honorable S. Arthur Spiegel, Senior U.S. District Judge

Date of Original Sentence:    April 10, 2001

Original Offense:   Bank Fraud

Original Sentence:   18 months imprisonment, 5 year term of supervised release, $82,170 restitution.

Type of Supervision: Supervised Release    Date Supervision Commenced: 10/18/02

Asst. U.S. Attorney:  John M. DiPuccio    Defense Attorney: Richard Smith Monahan

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No: | Condition: | Nature of the Violation: |
|---|---|---|
| 1 | **THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR PROBATION OFFICER.** | Based upon the above information, Mr. Freeman's whereabouts are currently unknown. |

U.S. Probation Officer Recommendation:
The issuance of an arrest warrant
    The term of supervision should be:

        [X]   Revoked
        [ ]   Extended for [yrs] year(s), for a total term of [tot_yrs] years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2005

Anthony C. Josselyn
U.S. Probation Officer

Based on the above, there is probable cause to believe a violation has occurred.

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

Date: 3/23/05