# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykeman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

April 25, 2005

James Bonini, Clerk
United States District Court
for the Southern District of Ohio
100 East Fifth Street, Room 103
Cincinnati, OH 45202

    Re:    <u>USA v. Edward Freeman</u>
             Your No. 1-01-001 (Ohio)
             Our No. 05-M-220 (New Mexico)

Dear Mr. Bonini:

    Enclosed are original documents relative to the above case from your district. Defendant Edward A. Freeman appeared in our district, waived the hearing and was remanded to the custody of the USMS to be transported to your district..

    Please acknowledge receipt on the enclosed copy of this letter and return it to us at your earliest convenience.

                                        Sincerely,
                                        Matthew J. Dykeman, Clerk

                                        By: _____
                                              Deputy Clerk

Attachments
cc: Margaret Katze, AFPD
    Glynette Carson-McNabb, AUSA

(Rev. 11/99) Waiver of Detention Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2005

MATTHEW J. DYKMAN
CLERK

## DISTRICT OF NEW MEXICO

United States of America

vs.

Edward Freeman

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: 05m220

I, Edward Freeman, charged in: (an indictment, complaint, **petition**) with a violation of supervised release, Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1 Fed. R. Crim. P., and is U.S.C. § 3142 including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_Edward A Freeman_
Defendant

4-12-05
Date

_Margaret Katze_
Counsel for Defendant

9



AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 12 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

V.

Edward Freeman
_____
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 05m 220

CHARGING DISTRICTS
CASE NUMBER: 1-01-001

I understand that charges are pending in the _Eastern_ District of _Kentucky_ alleging violation of _Supervised release_ (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  ) identity hearing

(  ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Edward Freeman_
Defendant

4-12-05
Date

_Margaret Katze_
Defense Counsel



April 12, 2005 12:00:AM

# United States District Court
# District of New Mexico
# Summary Document Verification*

| Case: | 05m 00220 |
|---|---|
| Title: | USA v. Freeman |
| Document Type: | Order |
| Document Number: | 7 |
| Description: | ORDER by Magistrate Judge Richard L. Puglisi of Commitment to Eastern District of Kentucky as to deft Freeman |
| Total Pages: | 1 |
| Exhibits/Attachment: | 0 |
| Court Signature: | 81 cc b7 60 e8 62 a8 3e 58 2b 91 0a b0 93 d6 a1 95 3d e7 37 dd 1c 72 a8 04 e7 8c cd de 75 a2 fa 3e b8 04 35 9e 6e d9 ec 65 1e d2 21 32 75 c1 1d 64 4a f1 fa 50 19 46 54 0a 4b 71 c3 31 fb 5f 73 76 ec 40 9e 2e 3d 96 63 35 ef ad a3 ab 58 d4 30 81 62 c8 0c 6f 71 f8 dd 3f 94 7e db 08 e4 bb 3b ed 13 6e 2f 5b e0 a9 ec 49 b8 20 99 94 07 11 2c 1c a9 92 8a 47 64 c9 64 a2 59 b7 c3 11 95 7a d3 |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: THE COMPLETE DOCUMENT VERIFICATION FORM CAN BE VIEWED ON THE ACE DOCKET SHEET FOR THIS CASE.

AO 94 (Rev. 8/97) Commitment to Another District

# United States District Court
## District of New Mexico

UNITED STATES OF AMERICA

vs.

EDWARD A. FREEMAN

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR-1-01-001 | 05M0220 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Other (specify)

**charging a violation of**    U.S.C. §

**DISTRICT OF OFFENSE**

**DESCRIPTION OF CHARGES**   PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

District of New Mexico

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| April 12, 2005 | /s/Richard L. Puglisi, U.S. Magistrate Judge |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

April 12, 2005 12:00:AM

# United States District Court
# District of New Mexico
# Summary Document Verification*

| Case: | 05m 00220 |
|---|---|
| Title: | USA v. Freeman |
| Document Type: | Clerk's Minutes |
| Document Number: | 6 |
| Description: | **CLERK'S MINUTES of the Detention/Identity hrg for deft Freeman held on 4/12/05 before Judge Puglisi** |
| Total Pages: | 1 |
| Exhibits/Attachment: | 0 |
| Court Signature: | a7 5c 34 56 84 be 5f 15 9c b6 64 55 17 96 e0 4f 27 f9 85 d4 92 dd e6 76 a0 59 db 57 52 46 67 82 2d ac c2 5b 8a ca 20 55 90 84 05 3e 67 e4 58 34 34 f3 08 cf ff e4 22 ea 34 82 84 99 90 7f 0c ce e1 d9 d1 ad 21 a2 f1 f8 35 56 3c 16 b7 ae 7e a1 a4 ae ce 89 40 d6 ae 51 7d 9c 2c 96 4c 22 df b7 49 50 65 02 a5 a6 08 1e ea c2 16 08 f8 67 ce fe 36 01 9c 52 c4 b6 7e 10 cf 08 48 b9 1d c7 45 dc |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: THE COMPLETE DOCUMENT VERIFICATION FORM CAN BE VIEWED ON THE ACE DOCKET SHEET FOR THIS CASE.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE RICHARD L. PUGLISI

DEFENDANTS:                TYPE OF HEARING: <u>DETENTION/IDENTITY HEARING</u>

<u>PETITION FOR WARRANT FOR OFFENDER UNDER</u>

<u>SUPERVISION--EASTERN DISTRICT OF KENTUCKY</u>

<u>EDWARD A. FREEMAN</u>                CASE NO. <u>05M0220</u>

                                           DATE & TIME <u>4/12/05 @ 9:30 AM</u>

                                           INTERPRETER _____

PTS/PROB OFFICER <u>S Geurts</u>          CLERK: <u>D SANCHEZ</u>

NAMES AND TITLES OF OTHER PARTICIPANTS:

AUSA <u>Glynette Carson-McNabb</u>    DEFENSE <u>Margaret Katze, AFPD</u> (X) APPT ( ) RET

                                           ( ) APPT ( ) RET

                                           _____ ( ) APPT ( ) RET

                                           _____ ( ) APPT ( ) RET


| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| <u>RLP 05-02 #2</u> | | | |
| <u>789 -</u> | <u>Ct -appearances</u> | | |
| <u>- 844</u> | <u>Ct - Katze - Deft</u> | | |

DATE OF ARREST: ___

HEARING RESULTS/FINDINGS: <u>Deft waives Rule 32.1 hearings and detention hearing;</u>
<u>Court approves waivers finding deft has full knowledge of meaning and affect and Orders</u>
<u>deft transported to Eastern District of Kentucky; deft remanded into custody</u>

April 11, 2005 12:00:AM

# United States District Court
# District of New Mexico
# Summary Document Verification*

| Case: | 05m 00220 |
|---|---|
| Title: | USA v. Freeman |
| Document Type: | Order |
| Document Number: | 5 |
| Description: | **ORDER by Magistrate Judge Richard L. Puglisi appointing Margaret Katze, AFPD to represent deft Freeman** |
| Total Pages: | 1 |
| Exhibits/Attachment: | 0 |
| Court Signature: | 42 8e d5 09 db aa 3f 5c 9b 7d 19 2b 64 74 d8 14 b7 a2 f2 3c 5b 7a 2c 6f 2f f4 f0 d2 cf d9 a9 8a ab d6 f7 89 b9 fe 20 f8 4e f5 28 58 41 2f 5b 83 90 0b 2a 78 8b bd 7a f3 5e 78 ca 2e b6 cc c4 ab 4d a5 a4 31 f4 bb df c0 4d ce 5b 66 dc 9f 10 56 46 80 4b f9 6f 9c 3c 4c 31 16 2d eb 16 06 01 14 a9 33 00 03 66 40 64 53 88 62 a4 44 30 39 f0 ef c1 23 35 65 7d a3 72 f3 f3 38 29 5b ab 52 15 d5 |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: THE COMPLETE DOCUMENT VERIFICATION FORM CAN BE VIEWED ON THE ACE DOCKET SHEET FOR THIS CASE.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Mag. No. 05M220

EDWARD A. FREEMAN,

    Defendant.

### ORDER

The financial inability of the Defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

IT IS ORDERED that **MARGARET KATZE** of the Federal Public Defender Organization, District of New Mexico, is hereby appointed to represent said Defendant in this cause of action until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

A Detention/Identity Hearing is set for **Tuesday, April 12, 2005, @ 9:30 a.m.**, before the Honorable Richard L. Puglisi, United States Magistrate Judge, Albuquerque, New Mexico.

April 11, 2005 12:00:AM

# United States District Court
# District of New Mexico
# Summary Document Verification*

| Case: | 05m 00220 |
|---|---|
| Title: | USA v. Freeman |
| Document Type: | Order |
| Document Number: | 4 |
| Description: | **ORDER by Magistrate Judge Richard L. Puglisi of temporary detention as to deft Freeman** |
| Total Pages: | 1 |
| Exhibits/Attachment: | 0 |
| Court Signature: | af a5 3d dc 30 fa bb 21 2d 40 12 e8 c2 e6 35 59 00 b9 df 6d 7b 93 ab e5 e3 13 02 f3 8e a2 60 9f ef 82 6b 7d 4d 32 a3 de bf c0 84 e1 f0 a7 9c 05 51 0a a0 ec 53 91 2a fb 52 ef 1b b4 fd 5e 22 f2 e2 94 49 8f dc f9 f9 4b e7 c6 47 c4 1f 8d d2 5c ca 86 2d 11 82 87 c8 a1 8d 3e 77 cf 20 fb e5 bc dc 77 0c 75 37 dc 5e 70 56 c2 67 27 39 a5 7e d5 4f 7e 21 f7 6a 23 98 6c cf 9a 7b b3 7a 84 29 c1 |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: THE COMPLETE DOCUMENT VERIFICATION FORM CAN BE VIEWED ON THE ACE DOCKET SHEET FOR THIS CASE.

*AO 470 (8/85) Order of Temporary Detention*

# United States District Court
## *District of New Mexico*

_____ DISTRICT OF ___NEW MEXICO___

UNITED STATES OF AMERICA

V.

___EDWARD A. FREEMAN___
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 05M220

Upon motion of the ___UNITED STATES OF AMERICA___, it is ORDERED that a detention hearing is set for ___Tuesday, 4/12/05___ *at ___9:30 a.m.___
                                     *Date*                                                  *Time*

before ___Richard L. Puglisi, U.S. Magistrate Judge___
                               *Name of Judicial Officer*

___Albuquerque, New Mexico___
                *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                             *Other Custodial Official*

Date: ___April 11, 2005___

Judicial Officer ___/s/ Richard L. Puglisi, U.S. Magistrate Judge___

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

April 11, 2005 12:00:AM

# United States District Court
# District of New Mexico
# Summary Document Verification*

| Case: | 05m 00220 |
|---|---|
| Title: | USA v. Freeman |
| Document Type: | Clerk's Minutes |
| Document Number: | 3 |
| Description: | CLERK'S MINUTES as to the Initial Presentment on Petition for Offender Under Supervision from District of Kentucky held on 4/1... |
| Total Pages: | 1 |
| Exhibits/Attachment: | 0 |
| Court Signature: | 08 d7 ad f8 73 49 da bf 44 65 6b 57 6a 90 eb 48 0c fc 30 e7 19 09 a6 87 5a 93 a7 5c d8 0c fa f3 ba 17 cd 3f c7 84 e8 59 2c ef 6e d3 86 ea 76 d6 ec 9c 58 31 fc c6 f8 ac d5 07 a1 5b f1 3a 05 34 99 66 37 6f 06 ff ff 62 37 3e a5 6f 3b 1a 99 00 13 44 a6 49 9a 2c 0d bf bb b3 57 2a 04 84 1a a1 ab 71 1c 46 72 34 21 16 fb 0f 2a 7c f1 8b 76 d4 61 3a 69 6e 4b ed 0e 34 32 d6 7b 23 a0 77 57 5a |

Court Signature: The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

*Note: THE COMPLETE DOCUMENT VERIFICATION FORM CAN BE VIEWED ON THE ACE DOCKET SHEET FOR THIS CASE.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE RICHAD L. PUGLISI

DEFENDANTS:          TYPE OF HEARING: INITIAL PRESENTMENT ON
                     PETITION FOR WARRANT OR SUMMONS UNDER
                     SUPERVISION-OUT OF DISTRICT OF KENTUCKY

EDWARD FREEMAN                       CASE NO. 05M0220
                                     DATE & TIME 4/11/05 @ 9:30 AM
                                     INTERPRETER _____

PTS/PROB OFFICER  S Geurts           CLERK:   D SANCHEZ

NAMES AND TITLES OF OTHER PARTICIPANTS:

AUSA Bob Kimball         DEFENSE Pro Se ( ) APPT ( ) RET
                                 ( ) APPT ( ) RET
                                 _____( ) APPT ( ) RET
                                 _____( ) APPT ( ) RET

TAPE NO.        SPEAKER           TAPE NO.        SPEAKER
RLP 05-02 #2
234 -    Ct -appearances
  - 378  Ct - Deft - Kimball

DATE OF ARREST: 04/08/05

HEARING RESULTS/FINDINGS: First appearance on Petition; Deft request court appointed counsel; Court approves appointment of counsel; Govt moves for detention; Det/Identity Hrg set 4/12/05 @ 9:30 a.m. before Judge Puglisi; Deft remanded into custody

```
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 11 2005

MATTHEW J. DYKMAN
CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                          No. 05M 220

EDWARD A. FREEMAN,

   Defendant.

## Motion for Detention Hearing

The United States of America moves, under § 3142(e) of Title 18, United States Code, for a detention hearing and order that defendant EDWARD A. FREEMAN be detained until trial, for the reasons that defendant is a flight risk and a danger to the community.

Respectfully submitted,

DAVID C. IGLESIAS
**United States Attorney**

*[signature]*

Robert D. Kimball
Assistant U.S. Attorney

P. O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 346-7224, Ext. 1460

D:\Current Archives\forms\Mot Det dci.wpd

PROB 12C (02/04)

05M220

United States District Court
for the
Eastern District of Kentucky

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Edward Freeman    Case Number: CR-1-01-001

Name of Sentencing Judicial Officer:    Honorable S. Arthur Spiegel, Senior U.S. District Judge

Date of Original Sentence:    April 10, 2001

Original Offense:    Bank Fraud

Original Sentence:    18 months imprisonment, 5 year term of supervised release, $82,170 restitution.

Type of Supervision:  Supervised Release    Date Supervision Commenced: 10/18/02

Asst. U.S. Attorney:    John M. DiPuccio    Defense Attorney: Richard Smith Monahan

### PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No: | Condition: | Nature of the Violation: |
|---|---|---|
| 1 | THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR PROBATION OFFICER. | Based upon the above information, Mr. Freeman's whereabouts are currently unknown. |

U.S. Probation Officer Recommendation:
The issuance of an arrest warrant
    The term of supervision should be:

        [X]    Revoked
        [ ]    Extended for [yrs] year(s), for a total term of [tot_yrs] years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2005  _____
Anthony C. Josselyn
U.S. Probation Officer

Based on the above, there is probable cause to believe a violation has occurred.

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Date: 3/23/05

I certify that this is a true and correct copy of the original filed in my Office on 3/23/05.
JAMES BONINI, CLERK
BY: _____
   Deputy Clerk
DATE: 3/23/05

CM/ECF LIVE - U.S. District Court:OHSD 05M220 Page 1 of 1

## Other Orders/Judgments

1:01-cr-00001-SAS USA v. Freeman **CASE CLOSED** on 04/10/2001

**U.S. District Court**

**Southern District of Ohio**

Notice of Electronic Filing

The following transaction was received from km, entered on 3/23/2005 at 4:29 PM EST and filed on 3/23/2005

**Case Name:** USA v. Freeman
**Case Number:** 1:01-cr-1
**Filer:**
**Document Number:** 18

**Docket Text:**
PETITION AND ORDER FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION as to Edward A Freeman. The Court Orders the Issuance of a Warrant for Arrest. Signed by Judge S Arthur Spiegel on 3/23/2005. (km, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/23/2005] [FileNumber=566856-0]
[a14db4db156f08b485cf3233b76d720d71b56631a6ba900dc320c5e7dda008d9cab7
b59c75cc48490bf03eda6d8cbdfddf2822048a1233ec0c52177b872697b8]]

**1:01-cr-1-1 Notice will be electronically mailed to:**

John M DiPuccio    john.dipuccio@usdoj.gov, bonnie.silva@usdoj.gov;crim.ecfohscin@usdoj.gov

Richard W Smith-Monahan    Richard_Smith-Monahan@fd.org, fpdcin@qn.net

**1:01-cr-1-1 Notice will be delivered by other means to:**

** TOTAL PAGE 25 **

998074

AO 442 (Rev 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

UNITED STATES OF AMERICA

V.

EDWARD A. FREEMAN

**WARRANT FOR ARREST**

Case Number: 1:01-CR-00001

To: The United States Marshal
and any Authorized United States Officer

# 05M220

YOU ARE HEREBY COMMANDED to arrest ___EDWARD A. FREEMAN___
                                                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☒ Violation    ☐ Probation Violation Petition

charging him or her     (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (BY KEVIN MOSER, DEPUTY)
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

CLERK
Title of Issuing Officer

March 23, 2005, Cincinnati, OH
Date and Location

Bail fixed at $ _____ by _____
                                                                                             Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |