AO 442  (Rev. 5/93) Warrant for Arrest

FILED
JAMES BONINI
CLERK

05 MAY -5 PM 4:07

[U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI]

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

V.

EDWARD A. FREEMAN

**WARRANT FOR ARREST**

Case Number: 1:01-CR-00001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWARD A. FREEMAN__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (BY KEVIN MOSER, DEPUTY)
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CLERK
Title of Issuing Officer

March 23, 2005, Cincinnati, OH
Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant SANTA ROSA SHERIFF'S OFFICE

| DATE RECEIVED 03/25/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/11/2005 | BRAD ROMEY DUSM | [signature] 3058 |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN    _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____

# United States District Court
for the
Eastern District of Kentucky

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Edward Freeman                      Case Number: CR-1-01-001

Name of Sentencing Judicial Officer:   Honorable S. Arthur Spiegel, Senior U.S. District Judge

Date of Original Sentence:   April 10, 2001

Original Offense:   Bank Fraud

Original Sentence:   18 months imprisonment, 5 year term of supervised release, $82,170 restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: 10/18/02

Asst. U.S. Attorney:   John M. DiPuccio        Defense Attorney: Richard Smith Monahan

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No: | Condition: | Nature of the Violation: |
|---|---|---|
| 1 | **THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR PROBATION OFFICER.** | Based upon the above information, Mr. Freeman's whereabouts are currently unknown. |

U.S. Probation Officer Recommendation:
The issuance of an arrest warrant
    The term of supervision should be:

        [X]   Revoked
        [ ]   Extended for [yrs] year(s), for a total term of [tot_yrs] years.

[ ]   The conditions of supervision should be modified as follows:

PROB 12C (12/04)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2005

Anthony C. Josselyn
U.S. Probation Officer

Based on the above, there is probable cause to believe a violation has occurred.

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date: 3/23/05

I certify that this is a true and correct copy of the original filed in my Office on 3/23/05.
JAMES BONINI, CLERK
BY: _____
Deputy Clerk
DATE: 3/23/05