**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,

v.

Edward Freeman
Defendant.

Case No. 1:01cr01
(Hogan, M.J.)

FILED
JAMES BONINI
CLERK

2005 MAY 13 PM 1:47

U.S. DIST. COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter:
Date/Time:

United States Attorney: Karl Kadon for Jeb Ternien   Defendant Attorney: Kelly Johnson, FPD

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.  FPD

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
*Special Conditions of Release:* [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:  [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Spiegel

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: