AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

EDWARD FREEMAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR-1-01-001

I, __Edward Freeman__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X Edward A Freeman
Defendant

May 13, 2005
Date

X W.K.
Counsel for Defendant