AO 442  (Rev. 5/93) Warrant for Arrest

## UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

V.

EDWARD A. FREEMAN

**WARRANT FOR ARREST**

Case Number: 1:01-CR-00001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWARD A. FREEMAN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (BY KEVIN MOSER, DEPUTY)    CLERK
Name of Issuing Officer    Title of Issuing Officer

_(signature)_    March 23, 2005, Cincinnati, OH
Signature of Issuing Officer    Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

SANTA ROSA SHERIFF'S OFFICE, SANTA ROSA, NM

| DATE RECEIVED 03/25/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/11/05 | BRAD ROMEY DUSM | _(signature)_ 3605D |