IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                  Case Number: 1:01-CR-00001

EDWARD A. FREEMAN

MINUTES: SUPERVISED RELEASE REVOCATION (FINAL HEARING)

Defendant present with counsel.  Defendant ADMITS to violating Condition #1 contained in the Violation Report.  The United States agrees not to pursue prosecution of violation #2 and requests dismissal by the Court.  The Court DISMISSES violation #2 contained in the Violation Report.

The Court finds Defendant did violate conditions of Supervised Release.  Accordingly, Supervised Release is REVOKED by the Court.  Defendant is sentenced to:

Jail term of 18 Months

Conditions/Recommendations:
The Court recommends deft be designated to BOP facility which will provide the necessary mental health counseling needed.

3 Years Supervised Release (with previous conditions of Supervision reimposed by the Court)

Conditions:
Deft shall participate in mental health treatment program at the direction of the probation officer.
Deft is prohibited from opening any new lines of credit or have signature authority over any checking account without permission of the probation officer.
Deft is not permitted to engage in any form of gambling.  Deft is not permitted to enter any establishment that specializes in gambling especially race tracks, gambling boats and casinos.  Deft to pay any unpaid balance on  restitution.
Deft to successfully complete National Corrective Training Institute (theft class).

Monetary Penalties (Reimposed by the Court if not previously paid in full by Deft):

Assessment: 0        Fine: 0        Restitution: $82,170.00

Defendant is remanded to the United States Marshal


Judge:                 S. Arthur Spiegel

Courtroom Deputy:     Kevin Moser

Court Reporter:        Betty Schwab, Official

Date:                 June 23, 2005